963 A.2d 818

IN THE MATTER OF JOEL R. WEINER, AN ATTORNEY
AT LAW (ATTORNEY NO. 261661970).

January 28, 2009.

## ORDER

**JOEL R. WEINER** of **MARTINSVILLE,** who was admitted to
the bar of this State in 1970, having pleaded guilty in the United
States District Court for the District of New Jersey to an informa-

tion charging him with aiding, assisting, procuring, counseling, and advising the preparation of tax returns that were fraudulent or false as to material matters, in violation of 26 *U.S.C.* § 7206(2), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOEL R. WEINER** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JOEL R. WEINER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOEL R. WEINER** comply with *Rule* 1:20–20 dealing with suspended attorneys.